INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE John F. Anderson

CA- 1:13CV550

DATE: 1/22/2014

TIME: 10:58 TO 11:27

APPEARANCES COUNSEL FOR:

(✓) PLANTIFF  (✓) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN:

( ) APPROVED  (✓) APPROVED AS AMENDED  ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

(✓) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE