## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC.<br>DERIVATIVE LITIGATION | )<br>) Lead Case No. 1:13-cv-00550-AJT-JFA |
| This Document Relates to: | )<br>)<br>) |
| ALL ACTIONS | )<br>)<br>) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants Jonnie R. Williams, Paul L. Perito, Christopher Chapman, Neil L. Chayet, Ralph B. Everett and Burton J. Haynes, by counsel, will appear before this Honorable Court on Friday, January 31, 2014, beginning at 10:00 a.m., or as soon thereafter as it may be heard, to present oral argument on its Motion To Stay Discovery and Initial Disclosures.

Dated:   January 22, 2014

Respectfully submitted,

/s/
John E. Prominski, Jr.  (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone:  703-903-9000
Fax:  703-610-8686
Email:  jprominski@milesstockbridge.com
*Liaison Counsel for Paul L. Perito, Jonnie R. Williams, Christopher Chapman, Neil L. Chayet, Ralph B. Everett, Burton J. Haynes and Star Scientific, Inc.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 22, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cuneo Gilbert & Laduca, LLP
Robert J. Cynkar
Daniel M. Cohen
*Liaison Counsel for Plaintiffs and*
*Consolidated Plaintiff*
106-A South Columbus Street
Alexandria, VA  22314
Telephone:  202-789-3960
Fax:  202-789-1813
Email:  danielc@cuneolaw.com

     And I HEREBY CERTIFY that I will mail the document by U.S. mail and email to the following non-filing users:

Harwood Feffer LLP
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
*Co-Lead Counsel for Plaintiffs*
488 Madison Avenue
New York, NY 10022
Telephone:  212-935-7400
Fax:  212-753-3630


Lifshitz Law Firm
Joshua M. Lifshitz
*Co-Lead Counsel for Plaintiffs*
18 East 41st Street
New York, NY  10017
Telephone:  212-935-7400
Fax:  212-753-3630

Charles L. Eisen
Nicholas G. Terris
*Co-Counsel for Defendants and Nominal Defendant*
K&L Gates
1601 K St. NW
Washington, DC 20006
Telephone: 202-778-9000
Fax: 202-778-9100


    /s/
John E. Prominski, Jr. (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone: 703-903-9000
Fax: 703-610-8686
Email: jprominski@milesstockbridge.com
*Attorney for Paul L. Perito, Jonnie R. Williams, Christopher Chapman, Neil L. Chayet, Ralph B. Everett, Burton J. Haynes and Star Scientific, Inc.*