IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN RE STAR SCIENTIFIC, INC. DERIVATIVE LITIGATION | ) ) ) ) | Case No. 1:13cv550-AJT-JFA |
| This Document Relates to: | ) ) | |
| ALL ACTIONS | ) ) | |

## ORDER

This matter having come before the Court on the motion of the United States of America for an order permitting it to intervene pursuant to Federal Rule of Civil Procedure 24, and the Court having reviewed the parties' submissions, and for good and sufficient cause shown, IT IS ON this 30th day of January, 2014, ORDERED that the United States is hereby granted leave to intervene in this case for the limited purpose of moving for a stay of discovery in these proceedings.

/s/
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge

Date: January 30, 2014
Alexandria, Va.