IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. ) <br> DERIVATIVE LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL ACTIONS ) <br> ) <br> _____ ) | Case No. 1:13cv0550 (AJT/JFA) |

## **ORDER**

Before the court are Defendants' Motion to Stay Discovery and Initial Disclosures (Docket no. 19) and the Motion of the United States for a Stay of Discovery (Docket no. 35). The United States has been granted leave to intervene. (Docket no. 40). Having reviewed defendants' motion, memorandum in support (Docket no. 20), and plaintiffs' opposition (Docket no. 39), as well as the United States' motion and memorandum in support (Docket no. 36), and finding good and sufficient cause, it is hereby

ORDERED that the United States' motion is granted and the defendants' motion is granted in part and denied in part. Other than the exchange of initial disclosures as required by Rule 26(a)(1), discovery is stayed in this proceeding until the conclusion of the jury trial or other disposition in the case of *United States v. Robert F. McDonnell and Maureen G. McDonnell*, No. 3:14cr12-JRS (E.D. Va.). This order does not stay the filing, briefing, and argument on defendants' motion to dismiss, and the parties shall exchange their initial disclosures by February 14, 2014, the date contained in the Joint Discovery Plan adopted by the court. (Docket no. 24).

Entered this 30th day of January, 2014.

                                                                        /s/

                                                      John F. Anderson
                                                      United States Magistrate Judge

Alexandria, Virginia