**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC.<br>DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | :<br>:<br>:  Lead Case No. 1:13-CV-550-AJT-JFA<br>:<br>:<br>:<br>: |

**DECLARATION OF ROBERT E. POKUSA
IN SUPPORT OF NOMINAL DEFENDANT STAR SCIENTIFIC, INC.'S
MOTION TO DISMISS OR STAY PROCEEDINGS**

I, Robert E. Pokusa, declare as follows:

1. I make this declaration in support of Nominal Defendant Star Scientific Inc.'s Motion to Dismiss or Stay Proceedings.

2. I serve as General Counsel for Nominal Defendant Star Scientific Inc. (the "Company"), and have been in my role since 2001.

3. Defendants Jonnie R. Williams, Sr., Paul L. Perito, Burton J. Haynes, Christopher C. Chapman, MD, Neil L. Chayet, and Ralph B. Everett (the "Old Board") served on the Company's Board of Directors from various times until December 27, 2013.

4. On December 27, 2013, the Company's stockholders elected Benjamin M. Dent, Michael J. Mullen MD (MBBS) Ph.D, Scott P. Sensenbrenner, Naomi Whittel, and Thomas L. Wilson as the Company's new members of the Board of Directors (the "New Board.")

5. Christopher C. Chapman, MD is the only holdover member on the Board and was also elected for a new one-year term at the December 27, 2013 Annual Meeting. Dr. Chapman is not participating in the New Board's deliberations regarding the above-captioned derivative action, but is represented by counsel acting on behalf of the Old Board.

6. The New Board has retained counsel to seek a stay or a dismissal of this

derivative action pending resolution of a related consolidated securities class action in order to permit the New Board to have an opportunity to fully investigate the claims in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/3/14

Robert E. Pokusa

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 3rd day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jessica Diane Aber
US Attorney Office (Richmond)
600 E Main St
18th Fl
Richmond, VA 23219
804-819-5400
Fax: 804-771-2316
Email: Jessica.D.Aber@usdoj.gov

Amy Jo Eldridge
K & L Gates (DC)
1601 K St NW
Washington, DC 20006-1600
202-778-9000
Fax: 202-778-9100
Email: amy.eldridge@klgates.com

Daniel M Cohen
Cuneo Gilbert & LaDuca LLP (Alex)
106-A South Columbus Street
Alexandria, VA 22314
(202) 789-3960
Fax: (202) 789-1813
Email: danielc@cuneolaw.com

John E. Prominski, Jr.
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 500
Tysons Corner, VA 22102-3833
(703) 610-8653
Email: jprominski@milesstockbridge.com

          */s/ R. Scott Caulkins*
          R. Scott Caulkins