UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE STAR SCIENTIFIC, INC.
DERIVATIVE LITIGATION

Lead Case No. 1:13-CV-550-AJT-JFA

This Document Relates to:

ALL ACTIONS

### DECLARATION OF KURT M. HEYMAN IN SUPPORT OF NOMINAL DEFENDANT STAR SCIENTIFIC, INC.'S MOTION TO DISMISS OR STAY PROCEEDINGS

I, Kurt M. Heyman, declare as follows:

1. I make this declaration in support of Nominal Defendant Star Scientific Inc.'s Motion to Dismiss or Stay Proceedings.

2. I am a member in good standing of the Bar of the Supreme Court of the State of Delaware. I am a partner in the Wilmington, Delaware law firm of Proctor Heyman LLP. Our firm's practice focuses on corporate and commercial litigation and counseling relating to Delaware corporations and other business entities, including but not limited to corporate governance issues. Most of our litigation matters are before the Delaware Court of Chancery. We have been involved in numerous stockholder derivative suits, primarily representing directors, special litigation committees of boards of directors, or the nominal defendant corporations themselves. Among the companies we have represented in connection with derivative suits are Tyson Foods, Inc., Affiliated Computer Services, Inc., OmniVision Technologies, Inc., Lender Processing Services, Inc. and United States Cellular Corporation.

3. I have been retained by Star Scientific, Inc.'s new board of directors to represent the company in connection with this and related derivative actions pending in Virginia state courts. We are seeking a stay or dismissal of this derivative suit pending resolution of a related

consolidated securities class action also pending in this District in order to permit the new board to have an opportunity to investigate the claims in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Feb. 3, 2014_

_Kurt M. Heyman_
Kurt M. Heyman

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jessica Diane Aber
US Attorney Office (Richmond)
600 E Main St
18th Fl
Richmond, VA 23219
804-819-5400
Fax: 804-771-2316
Email: Jessica.D.Aber@usdoj.gov

Amy Jo Eldridge
K & L Gates (DC)
1601 K St NW
Washington, DC 20006-1600
202-778-9000
Fax: 202-778-9100
Email: amy.eldridge@klgates.com

Daniel M Cohen
Cuneo Gilbert & LaDuca LLP (Alex)
106-A South Columbus Street
Alexandria, VA 22314
(202) 789-3960
Fax: (202) 789-1813
Email: danielc@cuneolaw.com

John E. Prominski , Jr.
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 500
Tysons Corner, VA 22102-3833
(703) 610-8653
Email: jprominski@milesstockbridge.com

                                              */s/ R. Scott Caulkins*
                                              R. Scott Caulkins