**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. ) | |
| DERIVATIVE LITIGATION ) | |
| ) | Lead Case No.  1:13-CV-550-AJT-JFA |
| This Document Relates to: ) | |
| ) | |
| ALL ACTIONS ) | |
| _____ ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Nominal Defendant Star Scientific, Inc., by and through

its undersigned counsel, will appear before this Honorable Court on February 28, 2014,

beginning at 10 a.m., or as soon thereafter as it may be heard, to present oral argument on its

Motion to Stay or Dismiss Proceedings.

Date: February 3, 2014                      Respectfully submitted,

*/s/ R. Scott Caulkins*
R. Scott Caulkins, Esq., VSB No. 23584
CAULKINS & BRUCE, PC
2300 Wilson Blvd., Suite 240
Arlington, VA 22201
Telephone: (703) 558-3664
Facsimile: (703) 525-1331
scaulkins@caulkinsbruce.com

*Pro Hac Vice pending*:

Kurt Michael Heyman, DE Bar No. 3054
Proctor Heyman LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Telephone: 302-472-7302
Facsimile: 302-472-7320
kheyman@proctorheyman.com

Dawn Kurtz Crompton, DE Bar No. 5579
Proctor Heyman LLP
300 Delaware Ave., Suite 200

Wilmington, DE 19801
Telephone: 302-472-7317
Facsimile: 302-472-7320
dcrompton@proctorheyman.com

*Counsel for Nominal Defendant Star Scientific, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jessica Diane Aber
US Attorney Office (Richmond)
600 E Main St
18th Fl
Richmond, VA 23219
804-819-5400
Fax: 804-771-2316
Email: Jessica.D.Aber@usdoj.gov

Daniel M Cohen
Cuneo Gilbert & LaDuca LLP (Alex)
106-A South Columbus Street
Alexandria, VA 22314
(202) 789-3960
Fax: (202) 789-1813
Email: danielc@cuneolaw.com

Amy Jo Eldridge
K & L Gates (DC)
1601 K St NW
Washington, DC 20006-1600
202-778-9000
Fax: 202-778-9100
Email: amy.eldridge@klgates.com

John E. Prominski , Jr.
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr
Suite 500
Tysons Corner, VA 22102-3833
(703) 610-8653
Email: jprominski@milesstockbridge.com

/s/ R. Scott Caulkins
R. Scott Caulkins