UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. ) <br> DERIVATIVE LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL ACTIONS ) <br> ) | Lead Case No. 1:13-cv-00550-AJT-JFA |

**DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED AMENDED COMPLAINT**

Defendants, by counsel, pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(6), and 23.1 move the Court to dismiss Plaintiffs' Consolidated Shareholder Derivative Complaint (ECF No. 15) (the "Amended Complaint") with prejudice in its entirety.  The Amended Complaint should be dismissed on the grounds that:

1. Plaintiffs have failed to allege with the particularity required by Delaware law and Fed. R. Civ. P. 23.1 that their failure to make demand on the board of directors of Star Scientific, Inc. (the "Company") was excused.

2. Plaintiffs have failed to allege any actionable claim under Section 14(a) of the Securities Exchange Act of 1934, and this is the only asserted basis for federal jurisdiction.

3. Plaintiffs' premature filing and pursuit of this action renders them inadequate representatives of the Company pursuant to Fed. R. 23.1

4. The lawsuit is unripe.

5. Plaintiffs have failed adequately to allege contemporaneous ownership.

In further support of this motion, the Court is referred to the accompanying Defendants' Memorandum of Law in Support of their Motion to Dismiss the Consolidated Amended Complaint and the Declaration of Amy J. Eldridge.

Dated:   February 3, 2014   Respectfully submitted,

              /s/
John E. Prominski, Jr.  (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone:  703-903-9000
Fax:  703-610-8686
Email:  jprominski@milesstockbridge.com

*Liaison Counsel for all defendants*


Charles Lee Eisen (admitted *pro hac vice*)
Nicolas G. Terris (admitted *pro hac vice*)
Amy J. Eldridge (VSB# 77873)
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
Tel:     (202) 778-9000
Fax:     (202) 778-9100
E-mail: charles.eisen@klgates.com
E-mail: nicolas.terris@klgates.com
E-mail: amy.eldridge@klgates.com

Joanna A. Diakos (admitted *pro hac vice*)
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807
E-mail: joanna.diakos@klgates.com

*Attorneys for all defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

And I HEREBY CERTIFY that I will mail the document by U.S. mail and email to the following non-filing users:

Harwood Feffer LLP
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
*Co-Lead Counsel for Plaintiffs*
488 Madison Avenue
New York, NY 10022
Telephone: 212-935-7400
Fax: 212-753-3630


Lifshitz Law Firm
Joshua M. Lifshitz
*Co-Lead Counsel for Plaintiffs*
18 East 41st Street
New York, NY 10017
Telephone: 212-935-7400
Fax: 212-753-3630


Charles L. Eisen
Nicholas G. Terris
Amy J. Eldridge
*Co-Counsel for all Defendants*
K&L Gates
1601 K St. NW
Washington, DC 20006
Telephone: 202-778-9000
Fax: 202-778-9100


Joanna A. Diakos
*Co-Counsel for all Defendants*
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807

/s/
John E. Prominski, Jr. (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone:  703-903-9000
Fax:  703-610-8686
Email:  jprominski@milesstockbridge.com

*Liaison Counsel for all Defendants*