## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. DERIVATIVE LITIGATION ) ) | Lead Case No. 1:13-cv-00550-AJT-JFA |
| This Document Relates to: ) ) | |
| ALL ACTIONS ) ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that defendants, by counsel, will appear before this Honorable Court on Friday, February 28, 2014, beginning at 10:00 a.m., or as soon thereafter as they may be heard, to present oral argument on their Motion to Dismiss Consolidated Amended Complaint.

Dated:   February 3, 2014

Respectfully submitted,

/s/
John E. Prominski, Jr.  (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone:  703-903-9000
Fax:  703-610-8686
Email:  jprominski@milesstockbridge.com

*Liaison Counsel for all Defendants*

Charles Lee Eisen (admitted *pro hac vice*)
Nicolas G. Terris (admitted *pro hac vice*)
Amy J. Eldridge (VSB# 77873)
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
Tel:     (202) 778-9000
Fax:    (202) 778-9100
E-mail: charles.eisen@klgates.com
E-mail: nicolas.terris@klgates.com
E-mail: amy.eldridge@klgates.com

Joanna A. Diakos (admitted *pro hac vice*)
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807
E-mail: joanna.diakos@klgates.com

*Attorneys for all Defendants*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 3, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

  And I HEREBY CERTIFY that I will mail the document by U.S. mail and email to the following non-filing users:

Harwood Feffer LLP
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
*Co-Lead Counsel for Plaintiffs*
488 Madison Avenue
New York, NY 10022
Telephone: 212-935-7400
Fax: 212-753-3630

Lifshitz Law Firm
Joshua M. Lifshitz
*Co-Lead Counsel for Plaintiffs*
18 East 41st Street
New York, NY 10017
Telephone: 212-935-7400
Fax: 212-753-3630

Charles L. Eisen
Nicholas G. Terris
*Co-Counsel for all Defendants*
K&L Gates
1601 K St. NW
Washington, DC 20006
Telephone: 202-778-9000
Fax: 202-778-9100

Joanna A. Diakos
*Co-Counsel for all Defendants*
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807

            /s/
            John E. Prominski, Jr. (VSB # 19294)
            MILES & STOCKBRIDGE P.C.
            1751 Pinnacle Dr., Suite 500
            Tysons Corner, VA 22102
            Phone: 703-903-9000
            Fax: 703-610-8686
            Email: jprominski@milesstockbridge.com

            *Liaison Counsel for all Defendants*