UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. DERIVATIVE LITIGATION ) ) ) | Lead Case No. 1:13-cv-00550-AJT-JFA |
| This Document Relates to: ) ) | |
| ALL ACTIONS ) ) | |

**MOTION OF JOHN E. PROMINSKI, JR., JOANNA ANDREA DIAKOS (*PRO HAC VICE*), CHARLES LEE EISEN (*PRO HAC VICE*) AND NICHOLAS GEORGE TERRIS (*PRO HAC VICE*) TO WITHDRAW AS COUNSEL FOR NOMINAL DEFENDANT STAR SCIENTIFIC, INC.**

COME NOW John E. Prominski, Jr., Joanna Andrea Diakos, *pro hac vice*, Charles Lee Eisen, *pro hac vice*, and Nicholas George Terris, *pro hac vice*, pursuant to Local Rule 83.1(G), and hereby move for leave to withdraw as counsel for nominal defendant Star Scientific, Inc. in this action on the following grounds:

1. On December 3, 2013, John E. Prominski, Jr., a member of the bar of this Court, filed a Notice of Appearance (ECF No. 13) entering his appearance on behalf of defendants, including nominal defendant Star Scientific, Inc. in this action.

2. On January 27, 2014, the Court granted the motions of Joanna Andrea Diakos, Charles Lee Eisen and Nicholas George Terris to be admitted *pro hac vice* to represent nominal defendant Star Scientific, Inc. (ECF Nos. 29, 30 and 31, respectively) in this action.

3. Nominal defendant Star Scientific, Inc. has retained separate counsel to represent it in this action. On February 3, 2014, R. Scott Caulkins, a member of the bar of this Court, filed an Appearance of Counsel (ECF No. 44) entering his appearance on behalf of nominal defendant Star Scientific, Inc. On February 4, 2014, the Court granted the motions of Kurt Michael

Heyman and Dawn Kurtz Crompton to be admitted *pro hac vice* to represent nominal defendant Star Scientific, Inc. (ECF Nos. 56, 57, respectively) in this action.

4.  Nominal defendant Star Scientific, Inc. has requested that John E. Prominski, Jr., Joanna Andrea Diakos, Charles Lee Eisen and Nicholas George Terris withdraw their respective appearances for it in this action. Nominal defendant Star Scientific, Inc. consents to said withdrawal of appearances.

5.  Pursuant to Local Rule 83.1(G), John E. Prominski, Jr., Joanna Andrea Diakos, Charles Lee Eisen and Nicholas George Terris request that they be permitted to withdraw their respective appearances for nominal defendant Star Scientific, Inc. in this action. John E. Prominski, Jr. will continue as counsel of record for all defendants other than nominal defendant Star Scientific, Inc. In addition, Joanna Andrea Diakos, Charles Lee Eisen and Nicholas George Terris, having been previously admitted *pro hac vice* as counsel in this action, request the Court for approval to enter their appearances as counsel, *pro hac vice*, for all defendants other than nominal defendant Star Scientific, Inc.

WHEREFORE, John E. Prominski, Jr., Joanna Andrea Diakos, Charles Lee Eisen and Nicholas George Terris request the Court to grant this motion and enter the accompanying proposed order.

Dated:  February 10, 2014

Respectfully submitted,

_____/s/_____
John E. Prominski, Jr.  (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone:  703-903-9000
Fax:  703-610-8686
Email:  jprominski@milesstockbridge.com

*Liaison Counsel for all Defendants*


Charles Lee Eisen (admitted *pro hac vice*)
Nicolas G. Terris (admitted *pro hac vice*)
Amy J. Eldridge (VSB# 77873)
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
Tel:     (202) 778-9000
Fax:     (202) 778-9100
E-mail: charles.eisen@klgates.com
E-mail: nicolas.terris@klgates.com
E-mail: amy.eldridge@klgates.com

Joanna A. Diakos (admitted *pro hac vice*)
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807
E-mail: joanna.diakos@klgates.com

*Attorneys for all Defendants*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 10, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

 Jessica Diane Aber
 US Attorney Office (Richmond)
 600 E. Main Street, 18th Floor
 Richmond, VA  23219
 Email:  Jessica.D.Aber@usdoj.gov
 *Counsel for United States of America*

 Daniel M. Cohen
 Cuneo Gilbert & LaDuca LLP
 106-A South Columbus Street
 Alexandria, VA  22314
 Email:  danielc@cuneolaw.com
 *Counsel for David C. Inloes and William Skillman*

 Amy Jo Eldridge
 K&L Gates (DC)
 1601 K Street NW
 Washington, DC  20006-1600
 Email:  amy.eldridge@klgates.com
 *Counsel for Jonnie R. Williams, Paul L. Perito, Christopher Chapman,*
 *Neil L. Chayet, Ralph B. Everett and Burton H. Haynes*

 Rodney Scott Caulkins
 Caulkins & Bruce PC
 2300 Wilson Boulevard
 Suite 240
 Arlington, VA  22210
 Email:  scaulkins@caulkinsbruce.com
 *Counsel for Star Scientific, Inc.*


  And I HEREBY CERTIFY that I will mail the document by U.S. mail and email to the following non-filing users:

Harwood Feffer LLP
Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
*Co-Lead Counsel for Plaintiffs*
488 Madison Avenue
New York, NY 10022
Telephone:  212-935-7400
Fax:  212-753-3630

Lifshitz Law Firm
Joshua M. Lifshitz
*Co-Lead Counsel for Plaintiffs*
18 East 41st Street
New York, NY 10017
Telephone: 212-935-7400
Fax: 212-753-3630

Charles L. Eisen
Nicholas G. Terris
*Co-Counsel for all Defendants*
K&L Gates
1601 K St. NW
Washington, DC 20006
Telephone: 202-778-9000
Fax: 202-778-9100

Joanna A. Diakos
*Co-Counsel for all Defendants*
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-4807

Kurt Michael Heyman
Dawn Kurtz Crompton
*Co-Counsel for Nominal Defendant*
*Star Scientific, Inc.*
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
Tel: 302-472-7300
Fax: 302-472-7320

    /s/
John E. Prominski, Jr. (VSB # 19294)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Dr., Suite 500
Tysons Corner, VA 22102
Phone: 703-903-9000
Fax: 703-610-8686
Email: jprominski@milesstockbridge.com

*Liaison Counsel for all Defendants*

5