UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>    ALL ACTIONS | Lead Case No. 1:13-CV-550-AJT-JFA |

### ORDER

The Court having taken under advisement Federal Co-Lead Counsel and State Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards ("Fee Application") [Doc. No. 107], it is hereby

ORDERED that the parties schedule a settlement conference regarding the Fee Application with the magistrate judge assigned to this action.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

July 17, 2015
Alexandria, Virginia